```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE J05-0010--CV (RRB)
           "CHELSEA WALKER FINK ET AL V ECHO BAY ET AL"

     Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 07/11/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (3) Citizen or Subject of a Foreign Country

     Nature of Suit: (360) Other personal injury
                    28 USC 1332
             Origin: (1) Original Proceeding
             Demand: 250
         Filing fee: Paid $250.00 on 07/11/05 receipt # 10096930
           Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1             FINK, CHELSEA WALKER           Mark C. Choate
                                                   Choate Law Firm LLC
                                                   424 N. Franklin Street
                                                   Juneau, AK 99801
                                                   907-586-4490
                                                   FAX 907-586-6633

PLF 2.1             KOLLANDER, JOSEPH              Mark C. Choate
                                                   (see above)

PLF 3.1             KOLLANDER, THOMAS J. JR.       Mark C. Choate
                                                   (see above)

DEF 1.1             ECHO BAY EXPLORATION INC       Cynthia L. Ducey
                                                   Delaney Wiles et al
                                                   1007 W. 3rd Avenue, Suite 400
                                                   Anchorage, AK 99501
                                                   907-279-3581
                                                   FAX 907-277-1331

DEF 2.1             COEUR D'ALENE MINES CORP       Thomas A. Matthews
                                                   Matthews & Zahare
                                                   431 W. 7th Avenue, Suite 207
                                                   Anchorage, AK 99501
                                                   907-276-1516
                                                   FAX 907-276-8955

DEF 3.1             COEUR ALASKA INC               Thomas A. Matthews
                                                   (see above)

3PP 1.1             COEUR ALASKA, INC.             Thomas A. Matthews
                                                   (see above)

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE J05-0010--CV (RRB)
         "CHELSEA WALKER FINK ET AL V ECHO BAY ET AL"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | Counsel of Record: |
|---|---|
| 3DF 1.1    CENTENNIAL DEVELOPMENT COMPANY | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE J05-0010--CV (RRB)
                         "CHELSEA WALKER FINK ET AL V ECHO BAY ET AL"

                                       For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
            Filed: 07/11/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (3) Citizen or Subject of a Foreign Country

   Nature of Suit: (360) Other personal injury
                   28 USC 1332
           Origin: (1) Original Proceeding
           Demand: 250
       Filing fee: Paid $250.00 on 07/11/05 receipt # 10096930
         Trial by: Jury


 Document #   Filed      Docket text
 ----------   ---------  -----------
      1 -  1  07/11/05   Complaint filed; Summons issued.

      1 -  2  07/11/05   PLF 1-3 Jury Demand.

      2 -  1  08/04/05   DEF 1 Attorney Appearance by Gary Zipkin.

      3 -  1  08/22/05   DEF 2-3 Attorney Appearance by Thomas Matthews.

      4 -  1  09/22/05   RRB Minute Order plf required to file proofs of service to comply with
                         Rule 4(m).   cc: cnsl

      5 -  1  09/30/05   PLF 1-3 Return of Service Executed 9/14/05 on DEFs 1-3.

      6 -  1  10/03/05   DEF 1 motion for partial dismissal w/att memo.

      7 -  1  10/03/05   DEF 1 Answer to Complaint.

      8 -  1  10/12/05   RRB Minute Order plf is directed to take action as to case not at issue.
                         Plf to require an answer or apply for default w/in 20 days.   cc: cnsl

      9 -  1  10/17/05   DEF 2-3 joinder to DEF 1 motion for partial dismissal. (6-1)

     10 -  1  10/18/05   DEF 2 Answer to Complaint.

     11 -  1  10/18/05   DEF 3 Answer and Third-party Complaint. Summons issued.

     12 -  1  10/31/05   DEF 1 Stipulation for substitution of counsel.  Cynthia L. Ducey of the
                         firm of Delaney, Wiles, Hayes, Geretu, Ellis & Young shall substitute as
                         counsel for Echo Bay, and to permit the firm of Guess and Rudd to
                         withdraw as counsel.

     13 -  1  10/31/05   DEF 1 Attorney Appearance of Cynthia L. Ducey, law firm of Delaney,
                         Wiles, Hayes, Gerety, Ellis & Young.

     12 -  2  11/01/05   RRB Order granting stipulation for substitution of counsel.  Cynthia L.
                         Ducey shall substitute as counsel for Echo Bay and the firm of Guess &
                         Rudd withdraw (12-1).   cc: cnsl

 ACRS: R_VDSDX            As of 12/01/05 at 3:58 PM by GARRY                           Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J05-0010--CV (RRB)
                      "CHELSEA WALKER FINK ET AL V ECHO BAY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 11/02/05 | DEF 1 Amended Aff of svc re: DEF 1 Stipulation for substitution of counsel.  Cynthia L. Ducey of the firm of Delaney, Wiles, Hayes, Geretu, Ellis & Young shall substitute as counsel for Echo Bay, and to permit the firm of Guess and Rudd to withdraw as counsel (12-1) and entry of appearance. |
| 15 - 1 | 11/04/05 | RRB Minute Order granting motion for partial dismissal (6-1).  cc: cnsl |