Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax: (907)276-8955
tom.matthews@matthewszahare.com

Counsel  for Coeur D'Alene Mines Corporation
  And Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLANDER, JR., <br><br>  Plaintiffs, <br>  vs. <br><br> ECHO BAY EXPLORATION, INC.; COEUR D' ALENE MINES CORPORATION; and COEUR ALASKA INC., <br><br>  Defendants. <br> COEUR ALASKA, INC., <br><br>  Third-Party Plaintiff, <br>  vs. <br><br> CENTENNIAL DEVELOPMENT COMPANY, <br><br>  Third-Party Defendant. | Case No.:  1:05-cv-00010 (RRB) |

**MOTION TO EXTEND TIME FOR SERVICE UPON
THIRD-PARTY DEFENDANT CENTENNIAL DEVELOPMENT COMPANY**

Defendant/Third-Party Plaintiff Coeur Alaska, Inc., through its lawyers and

pursuant to Fed. R. Civ. P. 4(m), moves the Court for an order extending the 120-

day time limit for service upon Third-Party Defendant Centennial Development Company. Despite Coeur Alaska's best efforts, including three different tries, described below, Coeur Alaska has not yet been able to serve Centennial. Coeur Alaska now has made a fourth effort to affect service and expects service to be accomplished within an additional sixty (60) days. Accordingly, Coeur Alaska moves the Court for an order extending the 120-day time limit to 180 days.

Coeur Alaska filed its Answer to Plaintiffs' Complaint and Third-Party Complaint on October 18, 2005. It immediately obtained a summons from the Court for service upon the registered agent for Centennial Development. According to the Utah corporation records, Christian Spross of Riverton, Utah, was the last known registered agent for Centennial. Neither of Coeur Alaska's two efforts to serve Mr. Spross were successful, as the Domestic Return Receipts for both efforts were returned without service. The first attempt at service was mailed on October 19, 2005, and returned as "attempted, not known" on November 7, 2005. The second attempt on Mr. Spross was sent on November 10, 2005, and returned as not deliverable on November 23, 2005.

Coeur Alaska did further research into Centennial Development and discovered that Centennial or the shares of that company had been sold and transferred several different times and that Centennial was now located in Nevada. A registered agent for Centennial (The Corporation Trust Company of Nevada) was identified in the Nevada corporation records. On January 24, 2006, Coeur Alaska

Mtn to Extend Time for Service of Process
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
TAM:jlw\453-249\MtnExtServiceProcess                                                                                      Page 4

obtained another summons for service upon that registered agent for Centennial. The summons and complaint were served. By letter dated January 31, 2006, the Nevada registered agent advised that it was no longer the registered agent for Centennial.

Coeur Alaska has now identified and located the person who appears to be the president of Centennial and has had another summons issued for service upon him. The summons and complaint have been sent to a process server in Nevada for service upon the president of Centennial Development. Coeur Alaska anticipates that service will be accomplished soon, hopefully within the next sixty days. Accordingly, Coeur Alaska seeks an additional sixty days beyond the 120 days stated in Rule 4(m) to serve Centennial.

For the reasons and good cause stated above, Coeur Alaska, Inc., moves the Court for an order extending the 120-day limit of Fed. R. Civ. P. 4(m) to 180 days.

DATED this 21st day of February, 2006 at Anchorage, Alaska.

        MATTHEWS & ZAHARE, P.C.
        Counsel for Defendants Coeur D' Alene Mines
        Corp., and Coeur Alaska, Inc.


        By  s/Thomas A. Matthews_____
           Thomas A. Matthews, ABN: 8511179
           Matthews & Zahare, P.C.
           431 W. 7th Ave., Suite 207
           Anchorage, Alaska 99501
           Phone: (907)276-1516
           Fax: (907)276-8955
           tom.matthews@matthewszahare.com

Mtn to Extend Time for Service of Process
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
TAM:jlw\453-249\MtnExtServiceProcess      Page 4

CERTIFICATE OF SERVICE

I certify that on this 21st day of February 2006,
I caused to be served by electronic mailing
the foregoing to:

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
Counsel for Plaintiff

Cynthia L. Ducey, Esq.
Delaney Wiles Hayes Gerety Ellis & Young, Inc.
1007 West 3rd, Suite 400
Anchorage, AK 99501
Counsel for Defendant Echo Bay Exploration


s/Thomas A. Matthews_____

Mtn to Extend Time for Service of Process
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
TAM:jlw\453-249\MtnExtServiceProcess                                         Page 4