Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; and THOMAS J. KOLLANDER, Jr.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ECHO BAY EXPLORATION, INC.; COEUR D'ALENE MINES CORPORATION; and COEUR ALASKA, INC.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| COEUR ALASKA, INC.<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>CENTENNIAL DEVELOPMENT COMPANY,<br><br>　　　　Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1: 05-cv- 00010  (RRB) |

1 of 4

*Walker-Fink, Chelsea vs Kensington Mine [22882].*
Non-Opposition to Extension of Time for Service
J05-00010 CV

Choate Law Firm
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

**PLAINTIFFS' NON-OPPOSITION TO THIRD PARTY PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE**

Plaintiffs, through counsel, Mark C. Choate, do not oppose Third-Party Plaintiff's Motion to Extend Time for Service.

Dated this 23rd day of February, 2006 at Juneau, Alaska.

Respectfully submitted,
CHOATE LAW FIRM LLC

s/*Mark Choate*

_____
MARK CHOATE
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070

Attorneys for Plaintiff

*Walker-Fink, Chelsea vs Kensington Mine [22882].*
Non-Opposition to Extension of Time for Service
J05-00010 CV

**PROOF OF SERVICE**

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin, Juneau, AK 99801.

On the 23rd day of February 2006, I served the foregoing document described as *Plaintiffs' Non-Opposition to Third Party Plaintiff's Motion to Extend Time for Service*, on the interested parties in this action by serving the original true copies, addressed as follows:

Thomas Matthews
Matthews & Zahare
Attorney For: Coeur D'Alene Mines Corporation; Coeur Alaska, Inc.
431 W. 7th Ave. #207
Anchorage, AK  99501
Phone: (907) 276-1516
Fax: (907) 276-8955

Cynthia Dulcey
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
Attorney For: Echo Bay Exploration, Inc.
1007 West Third Ave. #400
Anchorage, AK  99501
Phone: (907) 279-3581
Fax: (907) 277-1331

☐ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s).

☐ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

☒ By electronic service through the court of record's electronic service system,

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on this 23rd day of February 2006, at Juneau, Alaska.

3 of 4

*Walker-Fink, Chelsea vs Kensington Mine [22882].*
Non-Opposition to Extension of Time for Service
J05-00010 CV

Choate Law Firm
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

s/*Mark Choate*
CHOATE LAW FIRM, LLC

*Walker-Fink, Chelsea vs Kensington Mine [22882].*
Non-Opposition to Extension of Time for Service
J05-00010 CV