UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  FINK, et al.  </u>   v.   <u>  ECHO BAY EXPLORATION, et al.  </u>

DATE:   <u>  March 6, 2006  </u>   CASE NO.   <u>  1:05-cv-0010-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING EXTENSION**

---

      Pursuant to the Motion to Extend Time for Service upon Third-Party Defendant Centennial Development Company (Docket 17) and Plaintiff's non-opposition (Docket 18), Third-Party Defendant's motion is **granted** and Coeur Alaska may have 180 days to serve Centennial instead of the 120-day limit.

M.O. GRANTING EXTENSION