Thomas A. Matthews
Kenneth G. Schoolcraft, Jr.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:	(907)276-1516
Fax:	(907)276-8955
tom.matthews@matthewszahare.com

Counsel  for Coeur D'Alene Mines Corporation
  And Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLANDER, JR.,<br><br>            Plaintiffs,<br>    vs.<br><br>ECHO BAY EXPLORATION, INC.; COEUR D' ALENE MINES CORPORATION; and COEUR ALASKA INC.,<br><br>            Defendants. | Case No.:  J05-0010 Civil |
| COEUR ALASKA, INC.,<br><br>            Third-Party Plaintiff,<br>    vs.<br><br>CENTENNIAL DEVELOPMENT COMPANY,<br><br>            Third-Party Defendant. | |

**NOTICE OF SERVICE OF PROCESS**

Third-Party Plaintiff, Coeur Alaska, Inc., by and through counsel of record, gives

notice that service of the Summons and Third-Party Complaint, by process server, upon

Third-Party Defendant Centennial Development Company, occurred on March 1, 2006.

Attached is the Return of Service.

DATED this 16th day of March, 2006 at Anchorage, Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Defendants Coeur D' Alene Mines Corp., and Coeur Alaska, Inc.


By  s/ Thomas A. Matthews
Thomas A. Matthews, ABN:  8511179
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax: (907)276-8955
tom.matthews@matthewszahare.com


CERTIFICATE OF SERVICE

I certify that on this 16th day of March 2006
I sent via electronic mailing the foregoing to:

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
Counsel for Plaintiff

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501
Counsel for Defendant Echo Bay Exploration



s/Thomas A. Matthews

Notice of Service of Process
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
TAM:jlw\453-249\NoticeServiceProcess                                                                 Page 2 of 2