AO 441 (Rev.5/85) Third Party Summons in a Civil Action

# United States District Court

DISTRICT OF __ALASKA AT JUNEAU__

PLAINTIFF – CHELSEA WALKER FINK, on behalf of JOSEPH KOLLANDER, a Minor Child; and THOMAS J. KOLLANDER, JR.
  vs.
V. DEFENDANT AND THIRD PARTY PLAINTIFF   ECHO PAY EXPLORATION, INC.; and COEUR ALASKA, INC.,
  vs.
COEUR ALASKA, INC.,
     Third-Party Plaintiff,
  vs.
CENTENNIAL DEVELOPMENT COMPANY,
  THIRD PARTY DEFENDANT

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

CASE NUMBER   J05-0010 CI (RRB)

To: Name and address of Third Party Defendant)

Mr. Peter Kuhn, President of Centennial Development Company
c/o Bullion River Gold Corp.
1325 Airmotive Way, Suite 325
Reno, Nevada 89502

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Counsel for Echo Bay:
  Gary A. Zipkin, Esq.
  Guess & Rudd, PC
  510 L Street, Suite 700
  Anchorage, AK 99501

Counsel for Coeur Alaska Defs/3rd PP
  Thomas A. Matthews/Kenneth G. Schoolcraft
  Matthews & Zahare, P.C.
  431 W 7th. Ave., Suite 207
  Anchorage, AK 99501

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless*(1) this is a case within Rule 9 (h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14 (c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

IDA ROMACK
CLERK

(By) DEPUTY CLERK

DATE   February 10, 2006

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> || DATE MARCH 1, 2006 |
| NAME OF SERVER ART HAKES  NEV. LIC 628A || TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 1325 AIRMOTIVE WAY #325 RENO, NEVADA

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MARCH 6, 2006
            Date

Signature of Server

495 CASAZZA, RENO  NEV. 89502
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.