Thomas A. Matthews
Kenneth G. Schoolcraft, Jr.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:      (907)276-1516
Fax:           (907)276-8955
tom.matthews@matthewszahare.com

Counsel  for Coeur D'Alene Mines Corporation
   And Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLANDER, JR., <br><br>                Plaintiffs, <br>        vs. <br><br>ECHO BAY EXPLORATION, INC.; COEUR D' ALENE MINES CORPORATION; and COEUR ALASKA INC., <br><br>                Defendants. | ) ) ) ) ) ) ) Case No.:  J05-0010 Civil ) ) ) ) ) ) ) |
| COEUR ALASKA, INC., <br><br>                Third-Party Plaintiff, <br>        vs. <br><br>CENTENNIAL DEVELOPMENT COMPANY, <br><br>                Third-Party Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF STATUS RE: ANSWER BY THIRD-PARTY DEFENDANT**

The Court, in its April 4, 2006, Minute Order, stated that Third-Party Plaintiff,

Notice of Status Re: Answer by 3d-P Defendant
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
KGS:sk\453-249\Notice-Answer.doc                                                                                                    1 of 3

Coeur Alaska, Inc., must require Third-Party Defendant Centennial Development Company to file an answer immediately or file for default by April 24, 2006. Prior to receipt of the Court's Order, counsel for Coeur Alaska had been contacted by a Reno, Nevada, lawyer for Centennial. Centennial's Nevada lawyer had asked for, and Coeur Alaska had granted, an extension of time, to May 1, 2006, to file an answer. The request by Centennial's Nevada counsel was prompted, in part, by the need to locate and retain the services of a lawyer licensed in Alaska. Upon receipt of the Court's April 4, 2006, Order, counsel for Coeur Alaska forwarded the Court's Order to Centennial's Nevada counsel and asked that an entry for appearance for Centennial be filed by April 24, 2006, and its answer be filed by May 1, 2006, as previously agreed. To date, Centennial has neither filed an entry of appearance or an answer.

On April 24, 2006, counsel for Coeur Alaska contacted an Alaska lawyer who was considering whether or not to represent Centennial. The lawyers advised that he was scheduled to further discuss representation with his prospective client during the afternoon of April 24, 2006, and hoped to have an answer to the representation question at that time. As of the filing of this Notice, Coeur Alaska's counsel had not heard whether the representation of Centennial had been resolved.

Under the circumstances, it would appear premature for Coeur Alaska to move for the default of Centennial. Centennial seems to be attempting to resolve its representation issue and, if a motion for default were filed and Centennial did appear and answer, the motion may be fruitless. Accordingly, it seems most prudent for

Notice of Status Re: Answer by 3d-P Defendant
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
KGS:sk\453-249\Notice-Answer.doc                                                                                                  2 of 3

Coeur Alaska to give Centennial until the May 1, 2006, for submitting Centennial's answer as has been previously agreed, rather than file a motion for default. If Centennial fails to file its answer by that date, Coeur Alaska will move for default.

DATED this 24th day of April, 2006 at Anchorage, Alaska.

        MATTHEWS & ZAHARE, P.C.
        Counsel for Defendants Coeur D' Alene Mines
        Corp., and Coeur Alaska, Inc.

        By _s/ Thomas A. Matthews_____
           Thomas A. Matthews, ABN: 8511179
           Matthews & Zahare, P.C.
           431 W. 7th Ave., Suite 207
           Anchorage, Alaska 99501
           Phone: (907)276-1516
           Fax: (907)276-8955
           tom.matthews@matthewszahare.com

CERTIFICATE OF SERVICE
I certify that on this 24th day of April 2006
I sent via electronic mailing the foregoing to:

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
Counsel for Plaintiff

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501
Counsel for Defendant Echo Bay Exploration


s/Thomas A. Matthews_____

Notice of Status Re: Answer by 3d-P Defendant
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
KGS:sk\453-249\Notice-Answer.doc        3 of 3