Thomas A. Matthews
Kenneth G. Schoolcraft, Jr.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:        (907)276-1516
Fax:          (907)276-8955
tom.matthews@matthewszahare.com

Counsel  for Coeur D'Alene Mines Corporation
  And Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLANDER, JR.,<br><br>              Plaintiffs,<br>        vs.<br><br>ECHO BAY EXPLORATION, INC.; COEUR D' ALENE MINES CORPORATION; and COEUR ALASKA INC.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.:  J05-0010 Civil<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| COEUR ALASKA, INC.,<br><br>              Third-Party Plaintiff,<br>        vs.<br><br>CENTENNIAL DEVELOPMENT COMPANY,<br><br>              Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPLICATION FOR ENTRY OF DEFAULT OF**
**THIRD-PARTY DEFENDANT CENTENNIAL DEVELOPMENT COMPANY**

Defendant/Third-Party Plaintiff Coeur Alaska, Inc., through its lawyers Matthews & Zahare, P.C., and pursuant to Fed. R. Civ. P. 55(a), applies for the entry of default against Third-Party Defendant Centennial Development Company (hereinafter "Centennial") for failing to file an answer or otherwise defend.  This application is supported by the accompanying Affidavit of Kenneth G. Schoolcraft, Jr. and the records, referenced below, in the Court's file.

As the Court's file reflects, on October 18, 2005, Coeur Alaska, Inc., filed its Answer to Plaintiff's Complaint and Third-Party Complaint, naming Centennial Development Company as the third-party defendant.  Coeur Alaska, Inc. served Centennial with the Summons and Third-Party Complaint on March 1, 2006.[1] Centennial was asked to file an entry of appearance by April 24, 2006, but it not do so.[2]  By agreement between Coeur Alaska, Inc., and Centennial, the date by which Centennial was to file its answer was extended to May 1, 2006.[3]  The Court has ordered that Coeur Alaska demand immediate answer or apply for default.[4]  To Coeur Alaska, Inc.'s current knowledge, Centennial has not entered an appearance or filed an answer or other pleading.  Accordingly, the default of Centennial under Fed. R. Civ. P. 55(a) should be entered.

---

[1] *See* Court Docket No. 20, Notice of Service of Process.
[2] *See* Court Docket No. 22, Notice of Status re: Answer By Third-Party Defendant.
[3] *Id.*
[4] *See* Court Docket No. 21, Minute Order From Chambers.

Application for Entry of Default (Centennial)
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
TAM:jlw\453-249\ApplicEntryDefault                                    Page 2 of 3

DATED this 2nd day of May, 2006 at Anchorage, Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Defendants Coeur D' Alene Mines Corp.,
and Coeur Alaska, Inc.


By  s/ Thomas A. Matthews
    Thomas A. Matthews, ABN:  8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, Alaska  99501
    Phone: (907)276-1516
    Fax: (907)276-8955
    tom.matthews@matthewszahare.com

CERTIFICATE OF SERVICE

I certify that on this 2nd day of May 2006
I sent via electronic mailing the foregoing to:

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
Counsel for Plaintiff

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501
Counsel for Defendant Echo Bay Exploration

    Courtesy Copy sent via U.S. Mail to:

        Richard K. Thompson
        Harris & Thompson
        6121 Lakeside Drive, Suite 260
        Reno, Nevada 89511


s/Thomas A. Matthews


Application for Entry of Default (Centennial)
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
TAM:jlw\453-249\ApplicEntryDefault                  Page 3 of 3