Thomas A. Matthews
Kenneth G. Schoolcraft, Jr.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:    (907)276-1516
Fax:        (907)276-8955
tom.matthews@matthewszahare.com

Counsel  for Coeur D'Alene Mines Corporation
  And Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLANDER, JR., <br><br>      Plaintiffs, <br>  vs. <br><br>ECHO BAY EXPLORATION, INC.; COEUR D' ALENE MINES CORPORATION; and COEUR ALASKA INC., <br><br>      Defendants. <br>COEUR ALASKA, INC., <br><br>      Third-Party Plaintiff, <br>  vs. <br><br>CENTENNIAL DEVELOPMENT COMPANY, <br><br>      Third-Party Defendant. | Case No.:  J05-0010 Civil |

**ENTRY OF DEFAULT OF THIRD-PARTY DEFENDANT
CENTENNIAL DEVELOPMENT COMPANY**

Defendant/Third-Party Plaintiff Coeur Alaska, Inc., having filed a Third-Party

Complaint naming Centennial Development Company as Third-Party Defendant, and Defendant/Third-Party Plaintiff Coeur Alaska, Inc., having applied, pursuant to Fed. R. Civ. P. 55(a), for the entry of default of Third-Party Defendant Centennial Development Company for failing to file an answer or otherwise defend the Third-Party Complaint, and the Clerk having reviewed the file,

    The default of Third-Party Defendant Centennial Development Company is hereby entered.

    Dated this ____ day of _____, 2006.

_____
United States District Court Clerk

Entry of Default (Centennial)
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
TAM:jlw\453-249\EntryDefault                                                                                     Page 2 of 2