Thomas A. Matthews
Kenneth G. Schoolcraft, Jr.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone:        (907)276-1516
Fax:          (907)276-8955
tom.matthews@matthewszahare.com

Counsel for Coeur D'Alene Mines Corporation
  And Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLANDER, JR.,<br><br>    Plaintiffs,<br>vs.<br><br>ECHO BAY EXPLORATION, INC.; COEUR D' ALENE MINES CORPORATION; and COEUR ALASKA INC.,<br><br>    Defendants. | Case No.: J05-0010 Civil |
| COEUR ALASKA, INC.,<br><br>    Third-Party Plaintiff,<br>vs.<br><br>CENTENNIAL DEVELOPMENT COMPANY,<br><br>    Third-Party Defendant. | **AFFIDAVIT OF KENNETH G. SCHOOLCRAFT, JR.** |

STATE OF ALASKA            )
                           ) ss
THIRD JUDICIAL DISTRICT    )

I, Kenneth G. Schoolcraft, Jr. upon oath, depose and state as follows:

1. I am a lawyer with Matthews & Zahare, P.C., attorneys for Defendant/Third-Party Plaintiff Coeur Alaska, Inc. Except to the extent stated below, this affidavit is based upon personal knowledge.

2. As the Court's file reflects, on October 18, 2005, Coeur Alaska, Inc., filed its Answer to Plaintiff's Complaint and Third-Party Complaint, naming Centennial Development Company as the third-party defendant.

3. Coeur Alaska, Inc. served Centennial with the Summons and Third-Party Complaint on March 1, 2006.[1]

4. Centennial was asked to file an entry of appearance by April 24, 2006, but it not do so.

5. By agreement between counsel for Coeur Alaska, Inc., and Nevada counsel for Centennial, the date by which Centennial was to file its answer was extended to May 1, 2006.

6. The Court has ordered that Coeur Alaska demand immediate answer or apply for default.[2]

7. To my knowledge, Centennial has not entered an appearance or filed an

---

[1] See Court Docket No. 20, Notice of Service of Process.
[2] See Court Docket No. 21, Minute Order From Chambers.

Affidavit of Kenneth G. Schoolcraft, Jr. (Default)
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
TAM:jlw\453-249\AffKGSDefault

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

answer or other pleading. Accordingly, the default of Centennial under Fed. R. Civ. P. 55(a) should be entered.

Dated this 1st day of May, 2006 at Anchorage, Alaska.

_____
Kenneth G. Schoolcraft, Jr.

SUBSCRIBED and sworn to before me this 1st day of May 2006, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 4-13-2010

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Affidavit of Kenneth G. Schoolcraft, Jr. (Default)
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
TAM:jlw\453-249\AffKGSDefault                                    Page 3 of 3