RECEIVED MAY 0 3 2006 CLERK, U.S. DISTRICT COURT JUNEAU, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK, on behalf of JOSEPH KOLLANDER, a minor child, and THOMAS J. KOLLANDER, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>ECHO BAY EXPLORATION, INC., COUER D'ALENE MINES CORPORATION, and COUER ALASKA, INC.,<br><br>Defendants,<br><br>and<br><br>COUER ALASKA, INC.,<br><br>Third-party Plaintiff,<br><br>vs.<br><br>CENTENNIAL DEVELOPMENT COMPANY,<br><br>Third-party Defendant. | Case No. 1:05-cv-0010-RRB |

## ENTRY OF APPEARANCE

Third-party Defendant Centennial Development Company hereby appears in this action. You are hereby requested to serve all future pleadings or papers, except process, upon Peter M. Kuhn, *in pro per*, President, Centennial Development Company, c/o Bullion River Gold Corp., 3500 Lakeside Court, Suite 200, Reno, Nevada 89509.

DATED this 28th day of April, 2006.

CENTENNIAL DEVELOPMENT COMPANY

By: _____
Peter M. Kuhn, President
c/o Bullion River Gold Corp.
3500 Lakeside Court, Suite 200
Reno, Nevada 89509
Phone: (775) 324-4881 x114
Fax: (775) 324-7893
Email: peter@bullionriver.com

CERTIFICATE OF SERVICE

This certifies that on this _____ day of _____, 2006, a true and correct copy of the foregoing document was served on the following by _____:

Mark Clayton Choate
Choate Law Office, LLC
424 North Franklin Street
Juneau, Alaska 99801
markcchoate@yahoo.com  jmacneil@san.rr.com

Cynthia L. Ducey
Delaney Wiles
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
cld@delaneywiles.com

Thomas A. Matthews
Kenneth G. Schoolcraft
Matthews & Zahare, P.C.
431 West 7th Avenue, Suite 207
Anchorage, Alaska 99501
tom.matthews@matthewszahare.com

_____
Certification signature