IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

RECEIVED MAY 0 3 2006 CLERK, U.S. DISTRICT COURT JUNEAU, ALASKA

| | |
|---|---|
| CHELSEA WALKER FINK, on behalf of JOSEPH KOLLANDER, a minor child, and THOMAS J. KOLLANDER, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>ECHO BAY EXPLORATION, INC., COUER D'ALENE MINES CORPORATION, and COUER ALASKA, INC.,<br><br>Defendants,<br><br>and<br><br>COUER ALASKA, INC.,<br><br>Third-party Plaintiff,<br><br>vs.<br><br>CENTENNIAL DEVELOPMENT COMPANY,<br><br>Third-party Defendant. | Case No. 1:05-cv-0010-RRB |

### CENTENNIAL DEVELOPMENT COMPANY'S ANSWER TO COUER ALASKA, INC.'S THIRD-PARTY COMPLAINT

Third-party Defendant Centennial Development Company ("Centennial"), by Peter M. Kuhn, in *pro per*, submits the following answer to Couer Alaska, Inc.'s Third-party Complaint.

### GENERAL ALLEGATIONS

1.   Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 1, and, accordingly, the same are denied.

2. Centennial Development Company is, at the current time, a Nevada corporation doing business in Reno, Nevada. Centennial denies the remaining allegations contained in paragraph 2.

3. Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 3, and, accordingly, the same are denied.

4. Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 4, and, accordingly, the same are denied.

5. Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 5, and, accordingly, the same are denied.

6. Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 6, and, accordingly, the same are denied.

7. Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 7, and, accordingly, the same are denied.

## COUNT I – BREACH OF CONTRACT

8. Centennial realleges and incorporates by reference its answers to paragraphs 1 through 7 as set forth more fully herein.

9. Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 9, and, accordingly, the same are denied.

10. Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 10, and, accordingly, the same are denied.

## COUNT I – CONTRACTUAL INDEMNITY

11. Centennial realleges and incorporates by reference its answers to paragraphs 1 through 10 as set forth more fully herein.

12.  Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 12, and, accordingly, the same are denied.

13.  Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 13, and, accordingly, the same are denied.

14.  Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 14, and, accordingly, the same are denied.

### COUNT III – ALLOCATION OF FAULT

15.  Centennial realleges and incorporates by reference its answers to paragraphs 1 through 14 as set forth more fully herein.

16.  Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 16, and, accordingly, the same are denied.

17.  Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 17, and, accordingly, the same are denied.

18.  Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 18, and, accordingly, the same are denied.

19.  Centennial lacks information sufficient to form a belief with respect to the allegations contained in paragraph 19, and, accordingly, the same are denied.

### AFFIRMATIVE DEFENSES

1.  The Third-party Complaint fails to state, in whole or in part, a claim upon which relief may be granted.

2.  Any damages to plaintiff were caused by the negligence of the decedent or third parties other than Centennial.

3.  Third-party plaintiff's claim is barred by the doctrine of laches.

4.  If applicable, third-party plaintiff's claims are limited by the provisions of AS 09.17.010, AS 09.17.020, and AS 09.17.040.

5.  Third-party plaintiff's complaint is barred in whole or in part by the applicable statutes of limitation.

DATED this 28th day of April, 2006.

CENTENNIAL DEVELOPMENT COMPANY

By: _____
Peter M. Kuhn, President
c/o Bullion River Gold Corp.
3500 Lakeside Court, Suite 200
Reno, Nevada 89509
Phone: (775) 324-4881 x114
Fax: (775) 324-7893
Email: peter@bullionriver.com

CERTIFICATE OF SERVICE

This certifies that on this ____ day of _____, 2006, a true and correct copy of the foregoing document was served on the following by _____:

Mark Clayton Choate
Choate Law Office, LLC
424 North Franklin Street
Juneau, Alaska 99801
markcchoate@yahoo.com  jmacneil@san.rr.com

Cynthia L. Ducey
Delaney Wiles
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
cld@delaneywiles.com

Thomas A. Matthews
Kenneth G. Schoolcraft
Matthews & Zahare, P.C.
431 West 7th Avenue, Suite 207
Anchorage, Alaska 99501
tom.matthews@matthewszahare.com

_____
Certification signature

ANSWER OF THIRD-PARTY DEFENDANT
CENTENNIAL DEVELOPMENT COMPANY
Page 4 of 4

FINK v. ECHO BAY et al.
Case No. 1:05-cv-0010-RRB