```
               UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ALASKA
```

  CHELSEA WALKER FINK     v.    ECHO BAY EXPLORATION, et al.

DATE:   May 4, 2006      CASE NO.    1:05-cv-0010-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RE CENTENNIAL DEVELOPMENT COMPANY**

---

The Court is in receipt of Centennial Development Company's Answer to Coeur Alaska Inc.'s Third-Party Complaint (Docket 26). However, under Alaska Local Rule 11.1, a corporation must be represented by an attorney. Therefore, Centennial Development Company must retain counsel and make an appropriate entry of appearance before proceeding further in this matter.