Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

Attorneys for Third-Party Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLNADER, JR., <br><br>　　　Plaintiffs, <br><br>vs. <br><br>ECHO BAY EXPLORATION, INC.; COEUR D'ALENE MINES CORPORATION; and COEUR ALASKA, INC. <br><br>　　　Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>CASE NO. J05-0010 CV (RRB) |
| COEUR ALASKA, INC. <br><br>　　Third-Party Plaintiff, <br><br>vs. <br><br>CENTENNIAL DEVELOPMENT COMPANY. <br><br>　　Third-Party Defendant. | |

OPPOSITION TO DEFENDANT/THIRD-PARTY PLAINTIFF COEUR ALASKA, INC.'S APPLICATION FOR ENTRY OF DEFAULT AGAINST THIRD-PARTY DEFENDANT CENTENNIAL DEVELOPMENT COMPANY

Third-Party Defendant Centennial Development Company (Centennial) by and through counsel, hereby respectfully requests this Court deny Coeur Alaska's Application for Entry of Default. This opposition is predicated on the fact that Centennial has secured the legal counsel of Sandberg, Wuestenfeld & Corey who, simultaneously with the submission of this opposition has filed their appearance.

Centennial is currently securing the appropriate documents for delivery to Sandberg, Wuestenfeld & Corey for the purpose of answering Coeur Alaska's Third-Party Complaint. On information and belief, an attempt was made by Mr. Peter Kuhn to answer on behalf of Centennial. However, Centennial is a corporation, requiring legal counsel.

Centennial further respectfully requests this Court extend the time within which it must answer Coeur Alaska's third-party Complaint through May 31, 2006. This additional time is sought to afford newly retained counsel the opportunity to respond in a more informed fashion.

Counsel for Centennial has spoken with counsel for Coeur Alaska. Coeur Alaska does not oppose holding Entry of Default in abeyance pending submission of an answer on behalf of Centennial being filed by counsel for Centennial on or before May 31, 2006.

Respectfully submitted this 12th day of May, 2006, at Anchorage, Alaska.

s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Third-Party Defendant

Certificate of Service

I hereby certify that on this 12th day of
May, 2006 a copy of the foregoing
Opposition To Defendant/Third-Party Plaintiff Coeur Alaska,
Inc.'s Application For Entry Of Default Against Third-Party
Defendant Centennial Development Company was served
electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska  99501

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK  99801

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Avenue, Suite 400
Anchorage, AK  99501

s/Michael D. Corey