UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  COEUR ALASKA  </u>   v.   <u>  CENTENNIAL DEVELOPMENT  </u>

DATE:   <u>  May 19, 2006  </u>   CASE NO.   <u>  1:05-CV-0010-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING EXTENSION OF TIME**

---

Centennial's unopposed request for an extension of time until **May 31, 2006**, to file its answer to Coeur Alaska's Third-Party Complaint is hereby **GRANTED**.

M.O. GRANTING EXTENSION OF TIME