Thomas A. Matthews
Kenneth G. Schoolcraft, Jr.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:        (907)276-1516
Fax:          (907)276-8955
tom.matthews@matthewszahare.com

Counsel  for Coeur D'Alene Mines Corporation
  And Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of ) <br> JOSEPH KOLLANDER, a Minor Child; ) <br> And THOMAS J. KOLLANDER, JR.,     ) <br> ) <br>        Plaintiffs,      ) <br>   vs.      ) <br> ) <br> ECHO BAY EXPLORATION, INC.;    ) <br> COEUR D' ALENE MINES     ) <br> CORPORATION; and COEUR ALASKA  ) <br> INC.,     ) <br> ) <br>      Defendants.     ) <br> COEUR ALASKA, INC.,     ) <br> ) <br>      Third-Party Plaintiff,     ) <br>   vs.     ) <br> ) <br> CENTENNIAL DEVELOPMENT     ) <br> COMPANY,     ) <br> ) <br>      Third-Party Defendant.     ) <br> ) | Case No.  J05-0010 Civil <br><br><br><br><br><br><br><br><br><br> **RULE 7.1 DISCLOSURE** |

Coeur d'Alene Mines Corp. and Coeur Alaska, Inc., through their lawyers and

pursuant to Fed. R. Civ. P. 7.1(a), submit the following disclosure of parent corporations:

- ➢ Coeur d'Alene Mines Corp., a publicly traded company, is the parent of and owns 100% of the shares of Coeur Alaska, Inc.

- ➢ Coeur d'Alene Mines Corp. is a publicly traded company who has no parent corporation and no publicly held corporation owning 10% or more of its shares.

Dated this 30th day of May, 2006, at Anchorage, Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Defendants Coeur D' Alene Mines Corp., and Coeur Alaska, Inc.


Dated _____          By _s/ Thomas A. Matthews_____
                                    Thomas A. Matthews, ABN:  8511179
                                    Matthews & Zahare, P.C.
                                    431 W. 7th Ave., Suite 207
                                    Anchorage, Alaska  99501
                                    Phone: (907)276-1516
                                    Fax: (907)276-8955
                                    tom.matthews@matthewszahare.com

CERTIFICATE OF SERVICE
I certify that on this 30th day of May 2006
I sent via electronic mailing the foregoing to:

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
Counsel for Plaintiff

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501
Counsel for Defendant Echo Bay Exploration

Michael D. Corey, Esq.
Sandberg. Wuestenfeld & Corey
701 W. 8th Ave., Suite 1100
Anchorage, AK 99501
Counsel for Third-Party Def. Centennial Development

s/Thomas A. Matthews_____


Rule 7.1 Disclosure
*Fink, Kollander et al vs. Echo Bay Exploration, et al.*
KGS:jlw\453-249\Rule7.1Disclosure.doc                          Page 2 of 2