Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

Attorneys for Third-Party Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLNADER, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>ECHO BAY EXPLORATION, INC.; COUER D'ALENE MINES CORPORATION; and COEUR ALASKA, INC.<br><br>Defendants.<br>_____<br>COUER ALASKA, INC.<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>CENTENNIAL DEVELOPMENT COMPANY.<br><br>Third-Party Defendant.<br>_____ | CASE NO. J05-0010 CV (RRB) |

UNOPPOSED MOTION FOR EXTENSION OF TIME

Centennial Development Company, by and through its counsel of

record, hereby respectfully requests this Court extend the deadline to amend the pleadings and add parties from July 14, 2006, until August 28, 2006.

The parties have concurred and there has been no opposition voiced to this request for extension.

Respectfully submitted this 13th day of July, 2006, at Anchorage, Alaska.

                              s/Michael D. Corey
                              SANDBERG, WUESTENFELD & COREY
                              ABA #8511130
                              701 W. 8th Avenue, Suite 1100
                              Anchorage, Alaska 99501
                              Phone: (907) 276-6363
                              Fax: (907)276-3528
                              E-Mail: mdc1@aol.com
                              Attorneys for Centennial Development Company

<u>Certificate of Service</u>

I hereby certify that on this 13th day of July, 2006 a copy of the foregoing Unopposed Motion for Extension of Time was served electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska  99501

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK  99801

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Avenue, Suite 400
Anchorage, AK  99501

<u>s/Michael D. Corey</u>