UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


            FINK, et al.     v.    ECHO BAY, et al.

DATE:    July 14, 2006    CASE NO.    1:05-cv-0010-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **GRANTING EXTENSION**

---

      The Unopposed Motion for Extension of Time at Docket 35 is **GRANTED**. The deadline to amend pleadings and add parties is extended to **August 28, 2006.**


M.O. GRANTING EXTENSION