Cynthia L. Ducey
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581
(907) 277-1331
cld@delaneywiles.com
Attorneys for Defendant
  Echo Bay Exploration, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; and THOMAS J. KOLLANDER, JR., <br><br>                    Plaintiffs, <br><br>    v. <br><br> ECHO BAY EXPLORATION, INC.; COEUR D'ALENE MINES CORPORATION; and COEUR ALASKA, INC., <br><br>                    Defendants. <br> _____ <br><br> COEUR ALASKA, INC.; ECHO BAY EXPLORATION, INC., <br><br>                    Third-Party Plaintiffs <br><br>    v. <br><br> CENTENNIAL DEVELOPMENT COMPANY, <br><br>                    Third-Party Defendant. <br> _____ | Case No. l:05-cv-0010 (RRB) |

**DEFENDANT ECHO BAY EXPLORATION'S MOTION TO AMEND AND ASSERT CROSS-CLAIMS AGAINST CENTENNIAL DEVELOPMENT COMPANY**

Defendant, Echo Bay Exploration, Inc. ("Echo Bay"), by and through its attorneys, Delaney, Wiles, Inc., moves to amend its answer to the Complaint to assert cross-claims against Centennial Development Company.

The motion to amend is timely made per the Court's minute order at docket 36 and is supported by the accompanying memorandum and a proposed amended answer and cross-claims. Echo Bay requests that the Court grant the motion to amend and permit Echo Bay to assert its cross-claims against Centennial Development Company.

          DELANEY WILES, INC.
          *Attorneys for Echo Bay Exploration, Inc.*

Dated: 8-25-06        _s/Cynthia L. Ducey_____
          Cynthia L. Ducey, #8310161
          Delaney Wiles, Inc.
          1007 West 3rd Avenue, Suite 400
          Anchorage, Alaska 99501
          (907) 279-3581
          (907) 277-1331
          cld@delaneywiles.com

Certificate of Service

This is to certify that a true
and correct copy of the foregoing
was served electrically upon:

Mark Clayton Choate, Esq.

Michael D. Corey

Thomas A. Matthews

Cynthia L. Ducey_____
119177