Cynthia L. Ducey
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581
(907) 277-1331
cld@delaneywiles.com
Attorneys for Defendant
  Echo Bay Exploration, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of ) <br> JOSEPH KOLLANDER, a Minor Child; ) <br> and THOMAS J. KOLLANDER, JR., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ECHO BAY EXPLORATION, INC.; ) <br> COEUR D'ALENE MINES CORPORATION; ) <br> and COEUR ALASKA, INC., ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> COEUR ALASKA, INC.; ECHO BAY ) <br> EXPLORATION, INC., ) <br> ) <br> Third-Party Plaintiffs ) <br> ) <br> v. ) <br> ) <br> CENTENNIAL DEVELOPMENT COMPANY, ) <br> ) <br> Third-Party Defendant. ) <br> _____) | Case No. l:05-cv-0010 (RRB) |

**PROPOSED ORDER GRANTING ECHO BAY EXPLORATION'S MOTION TO AMEND AND ASSERT CROSS-CLAIMS AGAINST CENTENNIAL DEVELOPMENT COMPANY**

Proposed Order Granting Echo Bay's Motion to Amend and Assert Cross-Claims Against
Centennial
*Fink v. Echo Bay, et. al.*, Case No. 1:05- vc-0010 (RRB)                                  Page 1 of 2

This motion having come before the Court and the Court being fully advised, hereby enters its order as follows:

IT IS HEREBY ORDERED that Echo Bay Exploration, Inc. be allowed to amend its answer to the Complaint to assert cross-claims against Centennial Development Company.

ENTERED at Anchorage, Alaska this _____ day of _____, 2006.

_____
Honorable Ralph R. Beistline

Certificate of Service

This is to certify that a true
and correct copy of the foregoing
was served electrically upon:

Mark Clayton Choate, Esq.

Michael D. Corey

Thomas A. Matthews

<u>Cynthia L. Ducey</u>
120886