UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FINK, et al.   v.   ECHO BAY EXPLORATION, et al.

DATE:   August 31, 2006          CASE NO.   1:05-cv-0010-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION TO AMEND ANSWER AT DOCKET 38**

---

Defendant Echo Bay Exploration's Motion to Amend and Assert Cross-Claims Against Centennial Development Company at Docket 38 is hereby **GRANTED**. The Amended Answer and Cross-Claims Against Centennial Development, filed at Docket 37, is accepted for filing and service this date.

M.O. GRANTING MOTION TO AMEND