Thomas A. Matthews
Kenneth G. Schoolcraft, Jr.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:          (907)276-1516
Fax:             (907)276-8955
tom.matthews@matthewszahare.com

Counsel  for Coeur D'Alene Mines Corporation
   And Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of ) <br> JOSEPH KOLLANDER, a Minor Child; ) <br> And THOMAS J. KOLLANDER, JR., ) <br> ) <br>         Plaintiffs, ) <br>      vs. ) <br> ) <br> ECHO BAY EXPLORATION, INC.; ) <br> COEUR D' ALENE MINES ) <br> CORPORATION; and COEUR ALASKA ) <br> INC., ) <br> ) <br>       Defendants.       ) <br> COEUR ALASKA, INC., ) <br> ) <br>        Third-Party Plaintiff, ) <br>      vs. ) <br> ) <br> CENTENNIAL DEVELOPMENT ) <br>  COMPANY, ) <br> ) <br>        Third-Party Defendant. ) <br> _____) | Case No.:  J05-0010 Civil |

**COUER ENTITIES' AMENDED PRELIMIMARY WITNESS LIST**

Defendants Coeur Alaska, Inc., and Couer D'Alene Mines Corp. ("Couer

Entities") through counsel, Matthews & Zahare, P.C., hereby submit their amended

preliminary witness list as follows:

**Coeur Entities**

1.    Tim Arnold
      c/o Matthews & Zahare, P.C.
      431 W. 7th Ave., Suite 207
      Anchorage, AK 99501
      (907) 276-1516

2.    William Boyd, Esq.
      601 Sherman Ave., Suite One
      Coeur D'Alene, Idaho 83814
      (208) 665-0666

3.    Mike Clark
      c/o Matthews & Zahare, P.C.
      431 W. 7th Ave., Suite 207
      Anchorage, AK 99501
      (907) 276-1516

4.    Larry Hertzog
      c/o Matthews & Zahare, P.C.
      431 W. 7th Ave., Suite 207
      Anchorage, AK 99501
      (907) 276-1516

5.    Tim Olson
      c/o Matthews & Zahare, P.C.
      431 W. 7th Ave., Suite 207
      Anchorage, AK 99501
      (907) 276-1516

6.    Fred Park
      c/o Matthews & Zahare, P.C.
      431 W. 7th Ave., Suite 207
      Anchorage, AK 99501
      (907) 276-1516

7.    Robert T. (Rick) Richins
      Phone:  (208) 343-8727

Coeur Entities' AMENDED Preliminary Witness List
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
KGS:jlw\453-249\AmendPrelimWitnessList                                    Page 2 of 9

8.      James A. Sabala
        c/o Matthews & Zahare, P.C.
        431 W. 7th Ave., Suite 207
        Anchorage, AK 99501
        (907) 276-1516

9.      Dennis E. Wheeler
        c/o Matthews & Zahare, P.C.
        431 W. 7th Ave., Suite 207
        Anchorage, AK 99501
        (907) 276-1516

10.     Al Wilder
        c/o Matthews & Zahare, P.C.
        431 W. 7th Ave., Suite 207
        Anchorage, AK 99501
        (907) 276-1516

**Echo Bay Exploration**

11.     John Azlant

12.     John Babcock

13.     Richard Bennett

14.     Peter Clark

15.     Rodney Cooper

16.     Dave Diebel

17.     W. R. Gilroy

18.     Geoff Gold
        Kindross/Echo Bay
        c/o Delaney Wiles, Inc.
        1007 W. 3rd Ave., suite 400
        Anchorage, AK 99501
        (907) 279-3581

Coeur Entities' AMENDED Preliminary Witness List
*Fink and Kollander et al vs. Echo Bay Exploration, et al J05-0010 Civil*
KGS:jlw\453-249\AmendPrelimWitnessList                                    Page 3 of 9

19.     Jerry Harmon
        (address unknown)
        Manokotak, Alaska
        (907) 289-9797 or
                AJ Mine Gasteneau Mill Tours
                500 Sheep Creek Mine Road
                Juneau, AK 99801
                (907) 463-5017

20.     Rolly Kilborn

21.     Richard Kraus

22.     Neil Muncaster
        3887 Lupine Drive
        Vail, Colorado 81657
        (970) 476-3628

23.     Dave Riggleman
        203 Shady Lane Drive
        Ione, WA 99139
        (509) 445-1824
                c/o Tech Cominco America, Inc.
                15918 E. Euclid Ave
                Spokane, WA 98216

24.     Greg Sparks

**Centennial Development Company**

25.     Leonard Adair

26.     Blaine Bovee
        545 Chris Avenue
        Elko, Nevada 89801
        (775) 777-1782

27.     Mark Hatfield

28.     Jef Johnson

Coeur Entities' AMENDED Preliminary Witness List
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
KGS:jlw\453-249\AmendPrelimWitnessList                                    Page 4 of 9

29.    Peter Kuhn
       c/o Bullion River Gold Corp,
       1325 Airmotive Way, Suite 325,
       Reno Nevada 89502

30.    Rich Lambert
       7631 Silver Lake Drive
       Salt Lake City, Utah
       Phone:  (801) 943-8621

31.    Dave Olsen

32.    James M. Perryman
       304 Webster
       Chewelah, WA 99109
       (509) 935-7043

33.    Chuck Pulver
       c/o Sandberg, Wuestenfeld & Corey
       701 W. 8th Ave., Suite 1100
       Anchorage, AK 99501
       (907) 276-6363

34.    Mark Robinson
       c/o Sandberg, Wuestenfeld & Corey
       701 W. 8th Ave., Suite 1100
       Anchorage, AK 99501
       (907) 276-6363

35.    Ron Scow
       153 Harrison Street
       Arcadia, WI 54612
       (608) 323-3172

36.    Alex Sellar

37.    Kirk Ziegenfuss
       (907) 523-4920
              c/o AJ Mine/Gastineau Mill
              (907) 463-5017

Coeur Entities' AMENDED Preliminary Witness List
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
KGS:jlw\453-249\AmendPrelimWitnessList                                    Page 5 of 9

**Dames & Moore**

38.    Mike Foster

39.    Cecil Ulrich

**MSHA**

40.    David Liley – formerly at
       P.O. Box 022477
       Juneau, AK
       (907) 780-4298

41.    David Parks, Former District Manager
       MSHA, Western Dist. Office
       620 Centennial Ave., Bldg. 7
       Alameda Fed. Center
       Alameda, CA 94501

42.    Arnold E. Pederson
       Mine Safety & Health Inspector
       Western District Office
       630 Central Ave., Bldg. 7
       Alameda, CA 94501

**Others**

43.    Stan Bharty
       Valencia Ventures
       Suite 805, 65 Queen Street
       West Toronto, Ontario, Canada M5H 2M5

44.    Diana Lynn Bird (Tapp)
       7990 Chapman Place
       Reno, NV 89506

45.    Tammy Burnell
       Northern Adjusters
       1407 Rudakoff Circle
       Anchorage 99508
       (907)  868-3999

Coeur Entities' AMENDED Preliminary Witness List
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
KGS:jlw\453-249\AmendPrelimWitnessList                                    Page 6 of 9

46. Michelle Hallmark
    Slim Williams Way
    Juneau, AK 99803
    (907) 465-2603 or (907) 796-3200

47. Barbara Lynn Kollander
    791 Brinkby Ave., Apt. 1815
    Reno, NV 89509

48. Emily Swan Kollander
    14228 Dickens #203
    Sherman Oaks, CA 91423

49. Joseph Kollander
    c/o Mark Clayton Choate, Esq.
    Choate Law Firm LLC
    424 N. Franklin Street
    Juneau, AK 99801

50. Thomas Kollander, Jr.
    c/o Mark Clayton Choate, Esq.
    Choate Law Firm LLC
    424 N. Franklin Street
    Juneau, AK 99801

51. Steve Lewis
    (907) 586-2956 or 586-5057
    Juneau Mountain Rescue
    2970 Foster Avenue
    Juneau, AK 99801
    (907) 789-3213

52. D.J. Ponder (Police Badge No. DJPO)
    Alaska State Trooper
    Juneau, AK

53. Chelsea Walker-Fink
    c/o Mark Clayton Choate, Esq.
    Choate Law Firm LLC
    424 N. Franklin Street
    Juneau, AK 99801

Coeur Entities' AMENDED Preliminary Witness List
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
KGS:jlw\453-249\AmendPrelimWitnessList                    Page 7 of 9

54.     Sara Melissa Walker
        9950 Stephen Richards Dr., #11
        Juneau, AK 99801
        (907) 789-9521

55.     Barry Wink

56.     Any and all witnesses named by Plaintiff or any other party.

57.     Any and all witnesses identified during the course of further discovery.

58.     Any and all witnesses identified in any parties' Initial and Supplemental
Disclosures.

59.     Any and all necessary rebuttal witnesses.

60.     Any and all witnesses necessary to authenticate any documents on which the
parties cannot stipulate to authenticity.

61.     All other witnesses deemed necessary for a proper adjudication of this case.

62.     Experts to be identified (construction mine operation and safety,
economics/vocational rehabilitation, psychology/psychiatry).

        DATED this 1st  day of September, 2006 at Anchorage, Alaska.

                            Counsel for Defendants Coeur D' Alene Mines
                            Corp., and Coeur Alaska, Inc.


                            By  _s/ Thomas A. Matthews_____
                                Thomas A. Matthews, ABN:  8511179
                                Matthews & Zahare, P.C.
                                431 W. 7th Ave., Suite 207
                                Anchorage, Alaska  99501
                                Phone: (907)276-1516
                                Fax: (907)276-8955
                                tom.matthews@matthewszahare.com

Coeur Entities' AMENDED Preliminary Witness List
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
KGS:jlw\453-249\AmendPrelimWitnessList                          Page 8 of 9

CERTIFICATE OF SERVICE

I certify that on this 1st day of September 2006
I sent via electronic mailing the foregoing to
the following:

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
*Counsel for Plaintiff*

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501
*Counsel for Defendant Echo Bay Exploration*

Michael D. Corey, Esq.
Sandberg, Wuestenfeld & Corey
701 W. 8th Ave., Suite 1100
Anchorage, AK 99501
*Counsel for Centennial Development*


s/Thomas A. Matthews_____

Coeur Entities' AMENDED Preliminary Witness List
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
KGS:jlw\453-249\AmendPrelimWitnessList                                    Page 9 of 9