Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

Attorneys for Third-Party Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLNADER, JR., <br><br>        Plaintiffs, <br><br>vs. <br><br>ECHO BAY EXPLORATION, INC.; COUER D'ALENE MINES CORPORATION; and COEUR ALASKA, INC. <br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>CASE NO. J05-0010 CV (RRB) |
| COUER ALASKA, INC. <br><br>    Third-Party Plaintiff, <br><br>vs. <br><br>CENTENNIAL DEVELOPMENT COMPANY. <br><br>    Third-Party Defendant. | |

<u>CENTENNIAL DEVELOPMENT COMPANY'S ANSWER TO ECHO BAY'S CROSS-CLAIM</u>

Centennial Development Company, by and through its counsel of record, hereby answers Echo Bay's Cross-Claims as follows:

1. Denied for lack of information.
2. Denied.
3. Denied.
4. Denied.
5. Denied.
6. Denied.
7. Admitted.
8. Third-party Defendant hereby re-alleges, and incorporates herein by reference its responses to paragraphs 1-7 to Echo Bay's Cross-Claim.
9. Denied.
10. Denied.
11. Third-party Defendant hereby re-alleges, and incorporates herein by reference its responses to paragraphs 1-10 to Echo Bay's Cross-Claim.
12. Denied.
13. Admitted that the entity known as Centennial Development Company, third-party defendant in this lawsuit, has, as yet, not accepted the tender of defense issued it by Echo Bay.
14. Denied.
15. Third-party Defendant hereby re-alleges, and incorporates herein by reference its responses to paragraphs 1-14 to Echo Bay's Cross-Claim.
16. Admitted that Mr. Walker was killed in 1991 in a mining accident at the Kensington Mine.  Denied that the entity responding as third-party defendant as Centennial Development Company employed

Mr. Walker.

17.  Denied as to answering third-party defendant.

18.  Denied as to third-party defendant answering as Centennial Development Company.

19.  Denied.

## AFFIRMATIVE DEFENSES

Third-party Defendant reserves the right to forward affirmative defenses as may appear appropriate on the developing facts as follows:

1.  Third-party Plaintiff fails to state a claim upon which relief can be granted.

2.  Third-party Plaintiff's claims are barred by the appropriate statutes of limitations.

3.  Any recovery must be consistent with concepts of comparative negligence.

4.  Any entitlement to recovery possessed by Third-party Plaintiff should be prohibited in an amount commensurate with Third-party Plaintiff's own failure to mitigate damages.

5.  Third-party Plaintiff's claims are barred by Accord and Satisfaction.

6.  Third-party Plaintiff's claims are barred by waiver.

7.  Third-party Plaintiff's claims are barred by Estoppel.

8.  Any recovery from answering defendant is barred by exclusive remedy concepts attendant to workers compensation claims.

9. Third-party Plaintiff's claims are barred by Title 9 of the

Alaska Statutes.

10. Third-party Plaintiff's claims are barred due to lack of jurisdiction.

11. In addition to the foregoing, Third-party Defendant also reserves the right to assert affirmative defenses as may be factually appropriate as follows: affirmative defenses set forth in Rule 8(c), F.R.C.P. and Rule 12, including but not limited to: arbitration and award, assumption of risk, contributory negligence, duress, fraud, illegality, release, res judicata, collateral estoppel insufficiency of process and insufficiency of service of process.

12. Third-Party Plaintiffs' claims fail, and third-party defendant Centennial Development Company is entitled to judgment in its favor, as a result of Plaintiffs' failure to comply with the Alaska Statutes, including but not limited to AS 09.55.570-.580.

WHEREFORE, third-party defendant, respectfully requests this Court for relief as follows:

1. That third-party plaintiff's complaint be dismissed in its entirety, with prejudice;

2. For an award of costs and attorney fees for having had to defend this action; and,

3. For other and further relief as this Court deems just and equitable.

Respectfully submitted this 14th day of September, 2006, at Anchorage, Alaska.

s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

Certificate of Service

I hereby certify that on this 14th day of September, 2006 a copy of the foregoing Centennial Development Company's Answer To Echo Bay's Cross-Claim was served electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska  99501

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK  99801

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Avenue, Suite 400
Anchorage, AK  99501

s/Michael D. Corey