IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHELSEA WALKER FINK, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ECHO BAY EXPLORATION, et al.,<br><br>    Defendants.<br>_____<br>COUER ALASKA, INC.,<br><br>    Defendant and Third-<br>    Party Plaintiff,<br><br>vs.<br><br>CENTENNIAL DEVELOPMENT<br>COMPANY,<br><br>    Third-Party<br>    Defendant. | Case No. 1:05-cv-0010-RRB<br><br><br><br><br><br>**ORDER FOR CERTIFICATION<br>FOR TRIAL** |

    It appears that the Scheduling and Planning Order deadlines have passed and that this case should be ready for trial. The Court is ready to schedule a final pretrial conference and trial and will do so when the parties have complied with the following.

ORDER FOR CERTIFICATION FOR TRIAL - 1
1:05-CV-0010-RRB

(1) Counsel for Plaintiffs shall consult with other counsel and jointly certify that:

(a) discovery is complete;

(b) there are no outstanding procedural or legal issues which are appropriate for resolution by motion; and

(c) settlement has been seriously explored and is deemed to be remote. The Court will arrange a settlement conference with another judge upon request.

(2) Counsel shall suggest at least two alternate trial dates, at least one of which shall be approximately six months from the date of this order, **OR** request that a trial setting conference be held with the Court.

If counsel are not able to so certify, counsel for Plaintiffs shall report to the Court by the close of business on **November 13, 2006,** what remains to be accomplished and when outstanding matters will be attended to. In lieu of such report, counsel may request a status conference with the court.

ENTERED this 19th day of October, 2006.

s/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE