Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

Attorneys for Third-Party Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLNADER, JR.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ECHO BAY EXPLORATION, INC.; COUER D'ALENE MINES CORPORATION; and COEUR ALASKA, INC.<br><br>　　　　Defendants.<br>_____<br>COUER ALASKA, INC.<br><br>　　Third-Party Plaintiff,<br><br>vs.<br><br>CENTENNIAL DEVELOPMENT COMPANY.<br><br>　　Third-Party Defendant.<br>_____ | CASE NO. J05-0010 CV (RRB) |

### CENTENNIAL DEVELOPMENT COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

Centennial Development Company (CDC) hereby moves this Court

pursuant to FRCP 12(c) seeking judgment on the pleadings with a determination that plaintiffs' lawsuit is to be dismissed. This motion is accompanied by a memorandum in support.

Respectfully submitted this 13th day of December, 2006, at Anchorage, Alaska.

> s/Michael D. Corey
> SANDBERG, WUESTENFELD & COREY
> ABA #8511130
> 701 W. 8th Avenue, Suite 1100
> Anchorage, Alaska 99501
> Phone: (907) 276-6363
> Fax: (907)276-3528
> E-Mail: mdc1@aol.com
> Attorneys for Defendant

I hereby certify that on this 13th day of December, 2006 a copy of the foregoing <u>Centennial Development Company's Motion For Judgment On The Pleadings</u> was served electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska  99501

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK  99801

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Avenue, Suite 400
Anchorage, AK  99501

<u>s/Michael D. Corey</u>