Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

Attorneys for Third-Party Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLNADER, JR., <br><br>    Plaintiffs, <br><br>vs. <br><br>ECHO BAY EXPLORATION, INC.; COUER D'ALENE MINES CORPORATION; and COEUR ALASKA, INC. <br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>CASE NO. J05-0010 CV (RRB) |
| COUER ALASKA, INC. <br><br>   Third-Party Plaintiff, <br><br>vs. <br><br>CENTENNIAL DEVELOPMENT COMPANY. <br><br>   Third-Party Defendant. | |

(PROPOSED) ORDER GRANTING CENTENNIAL DEVELOPMENT COMPANY'S MOTION
FOR JUDGMENT ON THE PLEADINGS

This Court having fully considered Centennial's Motion for

Judgment on the Pleadings, hereby GRANTS Centennial's Motion dismissing the entirety of plaintiffs' Complaint.

DATED:_____        _____
                              Honorable Ralph R. Beistline

I hereby certify that on this 13th day of
December, 2006 a copy of the foregoing
<u>(Proposed) Order Granting Centennial
Development Company's Motion For
Judgment On The Pleadings</u>
was served electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska  99501

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK  99801

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Avenue, Suite 400
Anchorage, AK  99501

<u>s/Michael D. Corey</u>