Cynthia L. Ducey
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331
cld@delaneywiles.com
Attorneys for Defendant
 Echo Bay Exploration, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; and THOMAS J. KOLLANDER, JR., <br><br> Plaintiffs, <br><br> v. <br><br> ECHO BAY EXPLORATION, INC.; COEUR D'ALENE MINES CORPORATION; and COEUR ALASKA, INC., <br><br> Defendants. | Case No. 1:05-cv-0010 (RRB) |
| COEUR ALASKA, INC.; ECHO BAY EXPLORATION, INC., <br><br> Third-Party Plaintiffs <br><br> v. <br><br> CENTENNIAL DEVELOPMENT COMPANY, <br><br> Third-Party Defendant. | |

**ECHO BAY EXPLORATION, INC.'S JOINDER TO CENTENNIAL DEVELOPMENT COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Echo Bay Exploration, Inc. ("Echo Bay"), by and through its attorneys, Delaney Wiles, Inc., joins in Centennial's motion for judgment on the pleadings and request that this action be dismissed.

Dated at Anchorage, Alaska this 14 day of December, 2006.

DELANEY WILES, INC.
*Attorneys for Echo Bay Exploration, Inc.*

*/s/ Cynthia Ducey*
Cynthia L. Ducey, #8310161
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331
cld@delaneywiles.com

Certificate of Service

This is to certify that a true
and correct copy of the foregoing
was served on the 14 day of December,
2006 by electronic service upon:

Mark Clayton Choate, Esq.

Michael D. Corey

Thomas A. Matthews

s/ Cynthia L. Ducey
125454

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Joinder to Centennial's Motion for Judgment on the Pleadings
*Fink v. Echo Bay Exploration, et al.,* Case No. J05-0010 CV                                  Page 2 of 2