Thomas A. Matthews
Kenneth G. Schoolcraft, Jr.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:        (907)276-1516
Fax:            (907)276-8955
tom.matthews@matthewszahare.com

Counsel  for Coeur D'Alene Mines Corporation
  And Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLANDER, JR., <br><br> Plaintiffs, <br> vs. <br><br> ECHO BAY EXPLORATION, INC.; COEUR D' ALENE MINES CORPORATION; and COEUR ALASKA INC., <br> Defendants. <br> COEUR ALASKA, INC., <br><br> Third-Party Plaintiff, <br> vs. <br><br> CENTENNIAL DEVELOPMENT COMPANY, <br> Third-Party Defendant. | Case No.:  J05-0010 Civil |

**COUER ENTITIES' JOINDER IN CENTENNIAL'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

Couer D'Alene Mines Corporation and Coeur Alaska, Inc. ("Couer Entities"),

through counsel, Matthews & Zahare, P.C., submit their joinder in Centennial

Development Company's Motion For Judgment on the Pleadings, dated December 13, 2006, as to Plaintiff's Complaint.

DATED this 22nd day of December, 2006 at Anchorage, Alaska.

> MATTHEWS & ZAHARE, P.C.
> Counsel for Defendants Coeur D' Alene Mines Corp., and Coeur Alaska, Inc.
>
> By  s/ Thomas A. Matthews
> Thomas A. Matthews, ABN: 8511179
> Matthews & Zahare, P.C.
> 431 W. 7th Ave., Suite 207
> Anchorage, Alaska 99501
> Phone: (907)276-1516
> Fax: (907)276-8955
> tom.matthews@matthewszahare.com

CERTIFICATE OF SERVICE

I certify that on this 22nd day of December 2006
I sent via electronic mailing the foregoing to:

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
*Counsel for Plaintiff*

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501
*Counsel for Defendant Echo Bay Exploration*

Michael D. Corey, Esq.
Sandberg, Wuestenfeld & Corey
701 W. 8th Ave., Suite 1100
Anchorage, AK 99501
*Counsel for Centennial Development*

s/Thomas A. Matthews

Couer's Joinder to Centennial's Motion for Judgment on Pleadings
*Fink and Kollander et al vs. Echo Bay Exploration, et al* J05-0010 Civil
TAM:jlw\453-249\JoinderMtnJudgPldgs                                                                 Page 2 of 2