**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT JUNEAU**

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; and THOMAS J. KOLLANDER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> ECHO BAY EXPLORATION, INC.; COEUR D'ALENE MINES CORPORATION; and COEUR ALASKA, INC., <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. J05-00010 CV (RRB) |

## ENTRY OF APPEARANCE

Please take notice that JESSICA L. SRADER of Choate Law Firm LLC, 424 N. Franklin St., Juneau, AK 99801, enters her appearance for Plaintiffs, CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; and THOMAS J. KOLLANDER, JR.

DATED this <u>28th</u> day of December, 2006, at Juneau, Alaska.

Respectfully submitted,
CHOATE LAW FIRM LLC

s/*Jessica L. Srader*
_____
JESSICA L. SRADER
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 0412105

Attorneys for Plaintiffs

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

# PROOF OF SERVICE

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On December 28, 2006, I served the foregoing document described as ***Entry of Appearance,*** on the interested parties in this action by serving the original true copies, addressed as follows:

Thomas Matthews
Matthews & Zahare
Attorney For: Coeur
431 W. 7th Ave. #207
Anchorage, AK  99501
Phone: (907) 276-1516
Fax: (907) 276-8955

Cynthia Ducey
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
Attorney For: Echo Bay
1007 West Third Ave. #400
Anchorage, AK  99501
Phone: (907) 279-3581
Fax: (907) 277-1331

Michael D. Corey
Sandberg, Wuestenfeld & Corey
Attorney For: Centennial
701 W. 8th Avenue, #1100
Anchorage, AK  99501
Phone: (907) 276-6363
Fax: (907) 276-3528

☐ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s).

☐ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

2 of 3
*Walker-Fink, Chelsea v. Kensington Mine (J05-0010 CI rrb) [22882].*

J05-00010 CV (RRB)

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

☒ By electronic service through the court of record's electronic service system.

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on December 28, 2006, at Juneau, Alaska.

s/*Jessica L. Srader*

CHOATE LAW FIRM, LLC

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

3 of 3
*Walker-Fink, Chelsea v. Kensington Mine (J05-0010 CI rrb) [22882].*

J05-00010 CV (RRB)