Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

Attorneys for Third-Party Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLNADER, JR., <br><br>           Plaintiffs, <br><br> vs. <br><br> ECHO BAY EXPLORATION, INC.; COUER D'ALENE MINES CORPORATION; and COEUR ALASKA, INC. <br><br>           Defendants. <br>_____<br> COUER ALASKA, INC. <br><br>    Third-Party Plaintiff, <br><br> vs. <br><br> CENTENNIAL DEVELOPMENT COMPANY. <br><br>    Third-Party Defendant. <br>_____ | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> CASE NO. J05-0010 CV (RRB) |

REPLY TO PLAINTIFFS' OPPOSITION TO CENTENNIAL DEVELOPMENT
COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiffs have not and cannot provide any authority

permitting their pursuit of claims stemming from the death of Thomas Kollander, Sr. through any means other than Alaska's Wrongful Death Statute (AS 09.55.580). It is uncontroverted that this lawsuit is not being pursued pursuant to Alaska's Wrongful Death Statute. Consequently, Centennial Development Company's Motion for Judgment on the Pleadings is well taken and should be granted.

Rather than seriously challenge defendant's assertion that plaintiffs' claims must be pursued pursuant to Alaska's Wrongful Death Statute, Plaintiffs argue that their pleadings are close enough and that a clerical modification would effect an adequate cure. However, plaintiffs' omit from their discussion the fact that the matter of the Estate of Thomas Joseph Kollander, Sr. was resolved in 1990. (Exhibit A).

The Estate of Thomas Joseph Kollander, Sr., was opened in the Superior Court for the State of Alaska, First Judicial District at Juneau (Case No. 1JU-90-65 PR). (Exhibit A). Chelsea Jo Ann Walker (a/k/a Chelsea Walker Fink) acting as the duly appointed qualified and acting personal representative of the Estate of Thomas Joseph Kollander, Sr., participated in the final account and decree of distribution of Mr. Kollander's Estate. The final disposition identifies and expressly includes Joseph Kollander and Thomas J. Kollander, Jr. as heirs of Mr. Thomas Joseph Kollander, Sr. (Exhibit A).

Perhaps the final disposition of Mr. Kollander's estate explains why the present action is styled as it is. Regardless, J05-00010 CV (RRB) is not being pursued in accordance with AS

09.55.580 (Alaska's Wrongful Death Statute). Consequently, J05-00010 CV (RRB) should properly be dismissed.

Respectfully submitted this 4th day of January, 2007, at Anchorage, Alaska.

s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

Certificate of Service

I hereby certify that on this 4th day of January, 2007 a copy of the foregoing REPLY TO PLAINTIFFS' OPPOSITION TO CENTENNIAL DEVELOPMENT COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS was served electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska  99501

Mark Clayton Choate, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK  99801

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Avenue, Suite 400
Anchorage, AK  99501

s/Michael D. Corey