ANB80020705
24

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

TRIAL COURTS
STATE OF ALASKA, FIRST DISTRICT
AT JUNEAU

In the Matter of the Estate of

THOMAS JOSEPH KOLLANDER, SR.,

Deceased.

DEC - 6 1990

By _____ Dep

No. 1JU-90-65 PR

## ORDER APPROVING FINAL ACCOUNT AND DECREE OF DISTRIBUTION

The petition of **CHELSEA JO ANN WALKER,** Personal Representative, for settlement and distribution of the above-named estate having come before the Court for hearing, the Court makes the following findings:

1.     Chelsea Jo Ann Walker is the duly appointed, qualified and acting personal representative of the above-named estate.

2.     The personal representative has filed an inventory and appraisement of all property of the estate known to exist.

3.     Notice to creditors has been published and the time for presenting claims that arose prior to the death of the decedent has expired.

4.     All debts of the decedent and of the estate, and all expenses of administration, and all taxes that have attached to or accrued against the estate have been paid.

5.     The personal representative has filed a final account, and the estate is in a condition to be closed.

6.     Proof of Service of the notice of the time for filing objections to the final account and petition for distribution has been filed herein. No objections have been filed. Further, all heirs of the estate have filed the Nonobjection to Final Account and Distribution.

*Walker-Fink v Kensington Mine  440 OF 717 INITIAL DISCLOSURE [22882] 071706*

Order Approving Final Account and Decree of Distribution
Page 1

NA 441

ATTORNEYS AT LAW
BAXTER, BRUCE,
BRAND & RODRIGUEZ
P.O. BOX 32819
JUNEAU, ALASKA 99803-2819
Telephone: (907) 789-3166
Telecopier: (907) 789-1913

Exhibit _A_
Page _1_ of _2_

7.    The decedent died intestate on February 2, 1990, and is survived by the following heirs: Chelsea Jo Ann Walker and five children, namely, Thomas Joseph Kollander, Jr., Emily Suzanne Kollander, Barbara Lynn Kollander, Sara Melissa Walker and Joseph Martin Kollander. All of the estate is to be distributed to Chelsea Jo Ann Walker, as surviving spouse, pursuant to AS 13.11.010(4).

IT IS HEREBY ORDERED AND DECREED:

1.    The final account is allowed and settled.

2.    The Personal Representative is directed to make distribution of the remaining estate property, and any other property of the decedent or the estate not now known or discovered, to the person and in the manner set forth.

3.    Chelsea Jo Ann Walker be dismissed from her duties as Personal Representative, and the Estate of Thomas Joseph Kollander, Sr., be closed.

DATED this _6th_ day of _December_, 1990.

_Walter L. Carpeneti_
Superior Court Judge

CERTIFICATION

The undersigned certifies that on the _7th_ day of _December_, 19_90_, a true copy of this document was served on the following at:

_Fred Baxter_

By _Pat Boa_

BAXTER, BRUCE,
BRAND & RODRIGUEZ
P.O. BOX 32819
JUNEAU, ALASKA 99803-2819
Telephone: (907) 789-3166
Telecopier: (907) 789-1913

*Walker-Fink v Kensington Mine 441 OF 717 INITIAL DISCLOSURE [22882] 071706*

Order Approving Final Account and Decree of Distribution
Page 2

Exhibit ___A___
Page _2_ of _2_

NA 442