Cynthia L. Ducey
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331
cld@delaneywiles.com
Attorneys for Defendant
Echo Bay Exploration, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; and THOMAS J. KOLLANDER, JR., <br><br> Plaintiffs, <br><br> v. <br><br> ECHO BAY EXPLORATION, INC.; COEUR D'ALENE MINES CORPORATION; and COEUR ALASKA, INC., <br><br> Defendants. | Case No. 1:05-cv-0010 (RRB) |
| COEUR ALASKA, INC.; ECHO BAY EXPLORATION, INC., <br><br> Third-Party Plaintiffs <br><br> v. <br><br> CENTENNIAL DEVELOPMENT COMPANY, <br><br> Third-Party Defendant. | |

**ECHO BAY EXPLORATION, INC.'S JOINDER TO CENTENNIAL DEVELOPMENT COMPANY'S REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

Echo Bay Exploration, Inc. ("Echo Bay"), by and through its attorneys, Delaney Wiles, Inc., joins in Centennial's reply in support of motion for judgment on the pleadings and requests this action be dismissed because, regarding wrongful death actions, the Alaska Supreme Court has held, "[u]nder the statute [] **only** the personal representative may institute an action." *Estate of Pushruk*, 562 P.2d 329, 333 (Alaska 1977) (ruling the wrongful death statute must be strictly construed) (emphasis added). Moreover, to comply with AS 09.55.580(a), plaintiffs must petition to reopen the estate and have a new personal representative appointed. *See* AS 13.16.655.

Dated at Anchorage, Alaska this 9th day of January, 2007.

DELANEY WILES, INC.
*Attorneys for Echo Bay Exploration, Inc.*

Cynthia L. Ducey, #8310161
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
(907) 277-1331
cld@delaneywiles.com

Certificate of Service

This is to certify that a true
and correct copy of the foregoing
was served on the _____ day of January,
2007 by electronic service upon:

Mark Clayton Choate, Esq.

Michael D. Corey

Thomas A. Matthews

 s/ Cynthia L. Ducey
126132

ELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Joinder to Reply in Support of Centennial's Motion for Judgment on the Pleadings
*Fink v. Echo Bay Exploration, et al.*, Case No. J05-0010 CV                    Page 2 of 2