CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

CHELSEA WALKER FINK on behalf of )
JOSEPH KOLLANDER, a Minor Child; )
and THOMAS J. KOLLANDER, JR., )
                                              )
               Plaintiffs, )
                                              )
               vs. )

ECHO BAY EXPLORATION, INC.; )
COEUR D'ALENE MINES )
CORPORATION; and COEUR ALASKA, )
INC., )
                                              )
             Defendants. )   Case No. J05-00010 CV (RRB)

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE AMENDED COMPLAINT

On January 12, 2007, this court granted Defendants' Motion for Judgment on the Pleadings, and gave Plaintiffs until February 15, 2007 "to file an amended complaint should they so chose."  Because the parties have entered settlement negotiations, it may not be necessary for Plaintiffs to file an amended complaint.  In order to give the parties more time to try to reach a resolution, Plaintiffs ask the court for an extension of time until February 22, 2007 to file their amended complaint.  Counsel for the Defendants do not oppose this request.

X

X

X

X

X

1 of 4
*Walker-Fink, Chelsea v. Kensington Mine (J05-0010 CI rrb) [22882].*
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT
J05-00010 CV (RRB)

DATED this 15th day of February, 2007, at Juneau, Alaska.

        Respectfully submitted,
        CHOATE LAW FIRM LLC

        s/ *Jessica L. Srader*
        _____
        JESSICA L. SRADER
        424 N. Franklin Street
        Juneau, AK 99801
        Phone: (907) 586-4490
        Fax: (907) 586-6633
        EM: lawyers@choatelawfirm.com
        AK Bar: #0412105

        Attorneys for Plaintiff

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

**PROOF OF SERVICE**

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On February 15, 2007, I served the foregoing document described as *Unopposed Motion for Extension of Time to File Amended Complaint*, on the interested parties in this action by serving the original true copies, addressed as follows:

Thomas Matthews
Matthews & Zahare
Attorney For: Coeur
431 W. 7th Ave. #207
Anchorage, AK  99501
Phone: (907) 276-1516
Fax: (907) 276-8955

Cynthia Ducey
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
Attorney For: Echo Bay
1007 West Third Ave. #400
Anchorage, AK  99501
Phone: (907) 279-3581
Fax: (907) 277-1331

Sandberg, Wuestenfeld & Corey
Attorney For: Centennial
701 W. 8th Avenue, #1100
Anchorage, AK  99501
Phone: (907) 276-6363
Fax: (907) 276-3528

☐ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s).

☐ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

*Walker-Fink, Chelsea v. Kensington Mine (J05-0010 CI rrb) [22882].*
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT
J05-00010 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska  99801
(907) 586-4490

☒ By electronic service through the court of record's electronic service system.

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 15, 2007 at Juneau, Alaska.

s/ *Jessica L. Srader*

CHOATE LAW FIRM, LLC

4 of 4

*Walker-Fink, Chelsea v. Kensington Mine (J05-0010 CI rrb) [22882].*
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT
J05-00010 CV (RRB)