CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT JUNEAU**

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; and THOMAS J. KOLLANDER, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> ECHO BAY EXPLORATION, INC.; COEUR D'ALENE MINES CORPORATION; and COEUR ALASKA, INC., <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. J05-00010 CV (RRB) |

## ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiffs have requested an extension of time to file an amended complaint.

There being no opposition, Plaintiff's motion is hereby granted.   Plaintiffs have until February 22, 2007 to file their amended complaint should they chose to do so.

DATED this _____ day of February, 2007.

_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

1 of 1
*Walker-Fink, Chelsea v. Kensington Mine (J05-0010 CI rrb) [22882].*
[PROPOSED] ORDER ON MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT
J05-00010 CV (RRB)