CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; and THOMAS J. KOLLANDER, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>ECHO BAY EXPLORATION, INC.; COEUR D'ALENE MINES CORPORATION; and COEUR ALASKA, INC.,<br><br>Defendants. | Case No. J05-00010 CV (RRB) |

## NOTICE OF CASE STATUS

Plaintiffs hereby file notice that the parties have reached a settlement for this case. However, because this case involves claims by a minor, Joseph Kollander, the parties wish to put the final settlement on the record with the court.  The plaintiffs, therefore, request the court to schedule a hearing for court approval of the final settlement.

X

X

X

X

1 of 4
*Walker-Fink, Chelsea v. Kensington Mine (J05-0010 CI rrb) [22882].*
NOTICE OF CASE STATUS
J05-00010 CV (RRB)

DATED this 26th day of February, 2007.

        Respectfully submitted,
        CHOATE LAW FIRM LLC

        s/ *Jessica L. Srader*
        _____
        JESSICA L. SRADER
        424 N. Franklin Street
        Juneau, AK 99801
        Phone: (907) 586-4490
        Fax: (907) 586-6633
        EM: lawyers@choatelawfirm.com
        AK Bar: 0412105

        Attorneys for Plaintiff

**PROOF OF SERVICE**

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On February 26, 2007, I served the foregoing document described as **,** on the interested parties in this action by serving the original true copies, addressed as follows:

Thomas Matthews
Matthews & Zahare
Attorney For: Coeur
431 W. 7th Ave. #207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955

Cynthia Ducey
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
Attorney For: Echo Bay
1007 West Third Ave. #400
Anchorage, AK 99501
Phone: (907) 279-3581
Fax: (907) 277-1331

Sandberg, Wuestenfeld & Corey
Attorney For: Centennial
701 W. 8th Avenue, #1100
Anchorage, AK 99501
Phone: (907) 276-6363
Fax: (907) 276-3528

☐ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s).

☐ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

3 of 4

*Walker-Fink, Chelsea v. Kensington Mine (J05-0010 CI rrb) [22882].*
NOTICE OF CASE STATUS
J05-00010 CV (RRB)

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

1    ☒ By electronic service through the court of record's electronic service system.

2    ☐ (State) I declare under penalty of perjury under the laws of the State of Alaska
3    that the foregoing is true and correct.

4    ☒ (Federal) I declare that I am employed in the office of a member of the Bar of
this Court, at whose direction the service was made.

Executed on February 26, 2007 at Juneau, Alaska.

s/ *Jessica L. Srader*

CHOATE LAW FIRM, LLC

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490