# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

FINK   v.   ECHO BAY EXPLORATION, et al.

DATE:   March 2, 2007   CASE NO.   1:05-cv-0010-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

═══════════════════════════════════════════════════

Pursuant to the Notice of Case Status at Docket 63, a hearing to put the settlement on the record will be held on **Thursday, May 15, 2007, at 11:00 a.m.**, in Courtroom 1 in Anchorage, Alaska. Counsel and parties needing to attend telephonically shall call Meet Me Bridge B (907-677-6247) at the time scheduled for the hearing.

M.O. SCHEDULING HEARING