```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 CHELSA WALKER FINK, ET AL   vs.  ECHO BAY EXPLORATION INC., ET AL

THIRD PARTY PLAINTIFF:          THIRD PARTY DEFENDANT:
    COEUR ALASKA INC.       vs.     CENTENNIAL DEVELOPMENT CO

BEFORE THE HONORABLE RALPH R. BEISTLINE  CASE NO 1:05-CV-00010-RRB

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:    JESSICA SRADER - TELEPHONIC

               DEFENDANT:    THOMAS MATTHEWS AND MICHAEL CORY

PROCEEDINGS: SETTLEMENT HEARING HELD 3/15/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:18 a.m. court convened.

Court and counsel heard re settlement on the record. Each party to bare own costs and attorney's fees.

Parties to submit a stipulated order for Judgment of Dismissal with Prejudice.

At 11:24 a.m. court adjourned.

DATE:   MARCH 15, 2007      DEPUTY CLERK'S INITIALS:     SCL