Thomas A. Matthews
Kenneth G. Schoolcraft, Jr.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:        (907)276-1516
Fax:              (907)276-8955
tom.matthews@matthewszahare.com
    Counsel  for Coeur D'Alene Mines Corporation
       And Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLANDER, JR., <br><br>            Plaintiffs, <br>     vs. <br><br>ECHO BAY EXPLORATION, INC.; COEUR D' ALENE MINES CORPORATION; and COEUR ALASKA, INC., <br><br>            Defendants. | <br><br><br><br><br><br><br><br><br><br><br>Case No. J05-0010 Civil |
| COEUR ALASKA, INC., <br><br>            Third-Party Plaintiff, <br>     vs. <br><br>CENTENNIAL DEVELOPMENT COMPANY, <br><br>            Third-Party Defendant. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, through undersigned counsel, stipulate that any and all claims

Stipulation for Dismissal
*Fink & Kollander et al v. Echo Bay, et al* / J05-0010 Ci
TAM:sk:jlw\453-249\Stip Dismiss.doc

1 of 4

asserted by Plaintiff Chelsea Walker Fink on behalf of Joseph Kollander, a Minor Child; by Chelsea Walker Fink as Personal Representative on behalf of the Estate of Thomas Kollander; and Thomas J. Kollander, Jr., against all Defendants, and Third-Party Defendants are dismissed with prejudice, each party to bear its own costs and attorney's fees.

The parties further stipulate and agree that any and all counter-claims, cross-claims and third-party claims brought by and asserted among the Defendants and Third-Party Defendants are dismissed with prejudice, each party to bear its own costs and attorney's fees.

CHOATE LAW FIRM, LLC
Counsel for Plaintiffs

Dated: 3/28/07     By  s/Jessica L. Srader (consent)
ABA #0412105
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax:  (907) 586-6633
lawyers@choatelawfirm.com

MATTHEWS & ZAHARE, P.C.
Counsel for Defendants Coeur D' Alene Mines Corp., and Coeur Alaska, Inc.

Dated: 3/28/07     By  s/ Thomas A. Matthews
ABN:  8511179
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax: (907)276-8955
tom.matthews@matthewszahare.com

Stipulation for Dismissal
*Fink & Kollander et al v. Echo Bay, et al* / J05-0010 Ci
TAM:sk:jlw\453-249\Stip Dismiss.doc     2 of 4

          DELANEY WILES HAYES GERETY ELLIS &
           YOUNG, INC.
          Counsel for Defendant Echo Bay

Dated: 3/28/07          By  s/Cynthia Ducey (consent)_____
           ABA #8310161
           1007 West Third Ave., Suite 400
           Anchorage, AK 99501
           Phone: (907) 279-3581
           Fax: (907) 277-1331
           Email cld@delaneywiles.com

          SANDBERG, WUESTENFELD & COREY
          Counsel for Third-Party Defendant Centennial

Dated: 3/28/07          By   s/Micheal D. Corey (consent)_____
           ABA #8511130
           701 West 8th Ave., Suite 1100
           Anchorage, AK 99501
           Phone: (907) 276-6363
           Fax: (907) 276-3528
           Email mdc1@aol.com

Stipulation for Dismissal
*Fink & Kollander et al v. Echo Bay, et al* / J05-0010 Ci
TAM:sk:jlw\453-249\Stip Dismiss.doc          3 of 4

CERTIFICATE OF SERVICE
I certify that on this 28th day of March 2007
I sent via electronic mailing the foregoing to:

Jessica L. Srader, Esq.
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
*Counsel for Plaintiff*

Cynthia L. Ducey, Esq.
Delaney Wiles
1007 W. 3rd Ave., Suite 400
Anchorage, AK 99501
*Counsel for Defendant Echo Bay Exploration*

Michael D. Corey, Esq.
Sandberg, Wuestenfeld & Corey
701 W. 8th Ave., Suite 1100
Anchorage, AK 99501
*Counsel for Centennial Development*

s/ Thomas A. Matthews

Stipulation for Dismissal
*Fink & Kollander et al v. Echo Bay, et al* / J05-0010 Ci
TAM:sk:jlw\453-249\Stip Dismiss.doc                    4 of 4