Thomas A. Matthews
Kenneth G. Schoolcraft, Jr.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:        (907)276-1516
Fax:          (907)276-8955
tom.matthews@matthewszahare.com
        Counsel  for Coeur D'Alene Mines Corporation
          And Coeur Alaska, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

CHELSEA WALKER FINK on behalf of)
JOSEPH KOLLANDER, a Minor Child; )
And THOMAS J. KOLLANDER, JR.,    )
                                 )
              Plaintiffs,        )
        vs.                      )
                                 )
ECHO BAY EXPLORATION, INC.;      )
COEUR D' ALENE MINES             )
CORPORATION; and COEUR           )
ALASKA, INC.,                    )
                                 ) Case No. J05-0010 Civil
              Defendants.        )
_____  )
COEUR ALASKA, INC.,              )
                                 )
              Third-Party Plaintiff, )
        vs.                      )
                                 )
CENTENNIAL DEVELOPMENT           )
COMPANY,                         )  **[PROPOSED] ORDER**
                                 )
              Third-Party Defendant. )
_____  )

        The parties, through counsel, having presented the terms of their settlement

in open court on _____, and having stipulated for dismissal with

Stipulation for Dismissal
*Fink & Kollander et al v. Echo Bay, et al* / J05-0010 Ci
TAM:sk\453-249\Stip Dismiss Ord.doc                                    1 of 2

prejudice,

IT IS HEREBY ORDERED, the case is dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated this _____ day of _____ 2007 at Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge

Stipulation for Dismissal
*Fink & Kollander et al v. Echo Bay, et al* / J05-0010 Ci
TAM:sk\453-249\Stip Dismiss Ord.doc                                         2 of 2