Thomas A. Matthews
Kenneth G. Schoolcraft, Jr.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone:    (907)276-1516
Fax:        (907)276-8955
tom.matthews@matthewszahare.com
    Counsel for Coeur D'Alene Mines Corporation
    And Coeur Alaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| CHELSEA WALKER FINK on behalf of JOSEPH KOLLANDER, a Minor Child; And THOMAS J. KOLLANDER, JR., <br><br>    Plaintiffs, <br>vs. <br><br>ECHO BAY EXPLORATION, INC.; COEUR D' ALENE MINES CORPORATION; and COEUR ALASKA, INC., <br><br>    Defendants. <br>COEUR ALASKA, INC., <br><br>    Third-Party Plaintiff, <br>vs. <br><br>CENTENNIAL DEVELOPMENT COMPANY, <br><br>    Third-Party Defendant. | Case No. J05-0010 Civil <br><br><br><br><br><br><br><br>[~~PROPOSED~~] ORDER |

    The parties, through counsel, having presented the terms of their settlement in open court on ___3/15/2007___, and having stipulated for dismissal with

Stipulation for Dismissal
*Fink & Kollander et al v. Echo Bay, et al* / J05-0010 Ci
TAM:sk\453-249\Stip Dismiss Ord.doc    1 of 2

prejudice,

IT IS HEREBY ORDERED, the case is dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated this 29 day of March 2007 at Anchorage, Alaska.

s/RRB
Ralph R. Beistline
United States District Court Judge

Stipulation for Dismissal
*Fink & Kollander et al v. Echo Bay, et al* / J05-0010 Ci
TAM:sk\453-249\Stip Dismiss Ord.doc                                 2 of 2